

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-13-00355-CV

| | | |
|---|---|---|
| Wal-Mart Stores, Inc. a/k/a Wal-Mart Super Center #3286 | § | From the 431st District Court |
| | § | of Denton County (2010-50116-367) |
| v. | § | December 11, 2014 |
| Kimberly G. Sparkman | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Wal-Mart Stores, Inc. a/k/a Wal-Mart Super Center #3286 shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Terrie Livingston
      Chief Justice Terrie Livingston